1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 DISTRICT OF NEVADA

8 * * *

9 JACOB R. PRATT,                                    Case No. 3:16-cv-00367-MMD-WGC

10                                    Plaintiff,

11          v.                                              ORDER ACCEPTING AND ADOPTING
                                                     REPORT AND RECOMMENDATION OF
11  HEALER, *et al.*,                                MAGISTRATE JUDGE WILLIAM G. COBB

12

                                   Defendants.

13

14          Before the Court is the Report and Recommendation of United States Magistrate

15  Judge William G. Cobb (ECF No. 33) ("R&R") recommending dismissal of this action

16  without prejudice. Plaintiff had until July 5, 2017, to object to the R&R.  To date, no

17  objection has been filed.

18          This Court "may accept, reject, or modify, in whole or in part, the findings or

19  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

20  timely objects to a magistrate judge's report and recommendation, then the court is

21  required to "make a *de novo* determination of those portions of the [report and

22  recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23  to object, however, the court is not required to conduct "any review at all . . . of any issue

24  that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25  Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26  magistrate judge's report and recommendation where no objections have been filed. *See*

27  *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28  of review employed by the district court when reviewing a report and recommendation to

which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. The Magistrate Judge recommends permitting Plaintiff to voluntarily dismiss this action without prejudice. (ECF No. 33.) Upon reviewing the R&R and records in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 33) is accepted and adopted in its entirety.

It is ordered that this case is dismissed without prejudice.

The Clerk is instructed to close this case.

DATED THIS 10th day of July 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE